IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED MAY 3 0 2012

| | |
|---|---|
| UNITED STATES | ) CASE NO.: 1:12mj362 |
| | ) |
| v. | ) |
| | ) |
| DOUGLAS HOWARD STORY | ) |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David C. Wiegand after being duly sworn, depose and state as follows:

**A.    INTRODUCTION**

1. I am a Special Agent for the Federal Bureau of Investigation (FBI). I have been a Special Agent since 1987. I was trained at the FBI Academy in Quantico, VA. I have been assigned to the FBI Joint Terrorism Task Force, Washington Field Office (WFO) since August of 2002. During this time I have investigated numerous persons involved in criminal activity associated with the White Supremacist movement.

**B.    STATUATORY OFFENSES**

2. Title 26 § 5861 provides, in part:

It shall be unlawful for any person (b) to receive or possess a firearm transferred to him in violation of the provisions of this chapter; or (c) to receive or possess a firearm made in violation of the provisions of this chapter; or (d) to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record. . . .

3. Title 26 § 5845 (a) defines the term "firearm" to include (6) a machinegun.

4. Title 26 § 5845 (b) further defines machinegun to include:

any weapon which shoots, is designed to shoot, or can be readily restored to

1

shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun . . . if such parts are in the possession or under the control of a person.

C. **SUMMARY OF INVESTIGATION**

5. In August 2011, a Confidential Human Source (CHS-1) provided information that he/she found on an Aryan Nation website forum (theansp.us/forum). An individual on the website indicated he was preparing to buy an AK-47 and have it modified to "do three-shot bursts." The CHS believed this individual resided in Virginia and is named Doug Story. CHS-1 further indicated that Story may be employed by the Virginia Department of Transportation (VDOT).

6. CHS-1 reported that Story wrote in an e-mail that he is planning on ambushing and murdering any law enforcement officer that stops him on the street if and when martial law is enacted in the United States. CHS-1 related that Story believed martial law would be declared under various scenarios to include President Obama being assassinated. CHS-1 did not believe Story was going to act on the attack on law enforcement comments at this time, but was currently trying to obtain the illegal weapon.

7. Story made national news in April, 2010, when it was reported that he covered the tail gate of his pick up truck with an "anti-Islam" decal. An internet search of "Douglas Story + Virginia" revealed a number of articles pertaining to a Douglas Story in the Chantilly, Virginia, area. The articles included photographs of Story's truck with the described decal and Virginia license plate 14CV88.

2

8. A review of Virginia Department of Motor Vehicles records indicates the following information for the Virginia plate 14CV88:

> Name: Douglas Howard Story
> Address: ███████████████
> Manassas, Va. 20110
> DOB: XX/XX1963
> SSN: XXX-XX-XXX
> Ht/Wt: 6'04/270
> Vehicle: 2005 Ford Truck

Story has since changed his Virginia license plate to a personalized license plate referencing the Confederacy.

9. The FBI WFO, has had prior contact via the internet with the above subject during online investigation. The FBI WFO confirms that Douglas Story, who uses the screen name "Confederate Brother," is extremely active on the internet and is employed by the Virginia Department of Transportation. WFO also separately confirmed that Story attended a rally held by the Aryan Nations at the Gettysburg National Park in 2010. This rally was attended by several persons subject to current FBI investigations. The WFO further confirmed that Douglas Story has been the subject of press articles related to his racial views.

10. In February of 2012, Douglas Story posted his profile on Newsaxon (a known White Supremacist website) where he listed his interests as the following: "Tattoos (I only have one tat (so far), WPWW on my shoulder)." [Affiant note: WPWW is White Pride World Wide]. "But eventually, I would like to get sleeves. Problem is, very few artists do racial tats." "Guns (only have three so far, a Taurus PT145 .45 automatic, a Howa bolt action 30.06 (that I actually need to sell [after my rotator cuff surgery, I can't work the

action anymore]), and my favorite [sic], an AK-47 assault rifle for which I have one [sic] 75 round mag, 15 thirty rounds mags, and 10 ten rounders (my AK has been modified to be a homeland defense complete with a skeletonized sniper stock, grip pod bipod, and a decent hunting scope)."

11. CHS-1 continued contact online with Story's Confederate Brother persona. CHS-1 reported that Story has had numerous private conversations and posts online. These conversations and website posts have taken place on various White Supremacy forums including Tightrope, Newsaxon and Storm Front. These websites are all known White Supremacist websites. The conversations and posts were reported to the case agent and show the propensity for hatred and violence toward African Americans, Jewish Americans, other minorities and a number of political figures. When posting about President Obama, Story stated:

> "But I think there's one way Obummer would be proven as a mere mortal....... If someone puts a 30.06 round into the base of his skill, huh ya think?"

12. The CHS-1 reports that Story continually rants online about his hatred of minorities, including President Obama. One post from Story reads:

> Niggers are animals, clever animals to be sure, capable to imitating human behavior, but animals none the less. The ONLY REASON we're forced to deal with these animals is because of that BULLSHIT Civil Rights Act passed back in '64 by a bunch of nigger loving liberals (note to self, work harder on creating a disease that targets nigger DNA).

13. Several posts online by Story demonstrate his propensity toward violent acts. One post entitled: "Nigger Eric Holder Attacks Patriot Sheriff Joe" stated:

> Sean, buddy,
> Impeachment is simply a "formal censure" a reprimand, basically, a slap on the wrist.
> It does NOTHING to remove the offending nigger from office.

> Holder will likely be removed when the administration changes in 2012. Although, personally I'd prefer removing him from office with a 30.06.

14. The FBI WFO introduced CHS-2, online, to Story's online persona "Confederate Brother." Story had several private chats online with CHS-2. In these chats Story wanted to meet with CHS-2 to hand out racist literature in the Manassas area. Story also discussed weapons and wanting to go shooting with CHS-2. Story told CHS-2 that he owns an AK-47 with a 75 round drum. Story told CHS-2 that he would like to alter the AK-47 to make it fully automatic. In a separate conversation with CHS-2, Story requests several times for the source to either sell him a modified fully automatic AK-47 or to assist him with converting his AK-47 to fully automatic. Story provided the CHS-2 with his home phone number 571-xxx-xxxx.

15 In January of 2012, the Aryan Nations website posted an e-mail to all website members. The topic of the e-mail was "Criminal activity and an agent provocateur has come up here on the forum." The e-mail states: "Crimes do not need to be committed to achieve our goals." "For example, there is no need for anyone connected with the crusaders for Yaweh and/or the American Socialist Party to obtain illegal, fully automatic weapons. I am talking about unregistered machine guns." Both Story and CHS-2 were banned from the Aryan Nations website for discussing illegal activity.

16. Thereafter, CHS-2 approached Story on the Tightrope website under a new Persona. Story engaged CHS-2 and provided CHS-2 with both Story's home and cellular telephone numbers so they could communicate further in person and outside the websites.

17. On or about March 26, 2012, a cell phone was purchased by the FBI and given to the CHS-2 with which to contact Story. CHS-2 contacted Story several times by telephone and engaged in general conversations before the CHS-2 agreed to meet in person with Story in Chantilly, Virginia, within the Eastern District of Virginia. The meeting took place on April 5, 2012, at approximately 1300 hours (1:00 pm). CHS-2 and Story exited the restaurant in Chantilly, Virginia, at approximately 1425 hours (2:25 pm). CHS-2 and Story were speaking in the parking lot regarding CHS-2 leaving the area to conduct training with firearms. CHS-2 began to leave when Story stopped him and asked if CHS-2 could help Story modify his AK-47 from semi automatic to fully automatic. CHS-2 agreed to help Story and stated he would call with further details.

18. Over the next few weeks Story and CHS-2 had several telephonic conversations. During these conversations CHS-2 stated that his friend "Ricky" (an undercover law enforcement officer) could modify his AK-47 for $125.00. Although Story still expressed interest in modifying his AK-47, Story stated that he did not have the money at that time. Story asked the CHS-2 how "Ricky" would modify the weapon. The CHS-2 informed Story that "Ricky" had been an armorer in the Marine Corps and could easily modify the weapon, though the modified weapon would not be legal for Story to own. Story acknowledged that the weapon would be illegal and that he still wanted to proceed with the modification of his AK-47.

19. After this first physical meeting, CHS-2 and Story had several further telephonic conversations. During these conversations CHS-2 and Story again discussed the illegal modification of Story's AK-47. Story asked CHS-2 if "Ricky" can make the weapon select fire, allowing Story to switch the rate of fire from semi- automatic

to fully automatic. Story explained that he would prefer this, so when he goes to a shooting range to sight in the scope on the rifle, he can use the legal semi-automatic rate of fire so no one would know that the rifle had been modified. Story and CHS-2 agreed to next meet on April 19, 2012, at another restaurant in Manassas, Virginia, within the Eastern District of Virginia.

20. On April 19, 2012, Story and CHS-2 met at the restaurant in Manassas, Virginia. During this meeting Story and CHS-2 further discussed the illegal modification of Story's AK-47. Story expressed his concerns about getting his AK-47 modified and how illegal it would be. Story told CHS-2 to have "Ricky" hold off. CHS-2 told Story to let him know if anything changes.

21. On April 23, 2012, CHS-2 and Story discussed by telephone "bump fire" v.s. automatic fire. CHS-2 told Story that he can get it modified or not and that the decision was up to Story. Story stated that he wants his AK-47 modified to fully automatic, but does not have the $125.00. CHS-2 told Story that when Story does get the money he is willing to help him get his AK-47 to "Ricky" to be modified. CHS-2 explained how the select fire switch will work to ensure that the AK-47 can be switched from semi-automatic to fully automatic.

22. On April 29, 2012, CHS-2 and Story had another telephone conversation. Story discusses trading his 30.06 rifle for an AR-10 firearm at a gun show in Chantilly, Virginia. Story further explains that he and his wife have argued about spending money on guns. Story explains that he told his wife:

> "how the fuck am I supposed to defend you and my property if people come and try and attack.....when the niggers come by and rob you and rape you and cut off your titties, then tell me I'm paranoid."

7

CHS-2 told Story that he thought he could get the price for the modification down to $100.00 due to "Ricky's" financial problems. Story responded that everyone was having financial problems:

> "Aren't we all because of Obama's economy? We got to get that boy out of the White House any means possible, election assassination it doesn't matter which..... If he does end up being reelected for another -- actually being installed for another four years, I'm quite confident that someone will assassinate him."

Story has also stated to CHS-2: "If Obummer is reelected, I will either be in jail or dead." CHS-2 then told Story that he would talk to "Ricky" about lowering the price to $100.00.

23. CHS-2 calls Story back on April 29, 2012, and advises him that "Ricky" is willing to modify the AK-47 for $100.00. Story stated that he checked his wallet and had $80.00 and that he would go to the ATM and take out another $40.00, giving Ricky $120.00. CHS-2 explained that "Ricky" would do it for $100.00. Story then stated that he would give "Ricky" another $20.00 as a bonus. CHS-2 and Story discuss meeting in Culpeper, Virginia, on May 9, 2012. CHS-2 tells Story that he is going out of town but will call him on May 7, 2012, to arrange the May 9th meeting.

24. On May 7, 2012, CHS-2 and Story discuss meeting on May 9, 2012 by telephone. CHS-2 told Story that "Ricky" will be in town and can come to the meeting. Story agrees and tells CHS-2 that he will bring his AK-47 and the money. Both agree to meet at a restaurant in Chantilly, Virginia, on May 9, 2012 at noon.

25. On May 9, 2012, CHS-2, "Ricky" and Story meet at the restaurant in Chantilly, Virginia, within the Eastern District of Virginia. During the meeting "Ricky" explains the modifications that he will make to Story's AK-47 to make it select fire/automatic. "Ricky" explains that this is illegal and that Story cannot tell anyone who

modified his weapon. Story acknowledged that he knew the legal ramifications if caught with a fully automatic rifle and assured "Ricky" he would not say anything. Story told CHS-2 and the undercover officer that he would claim mental issues because of a motorcycle injury if caught. This conversation, like all the physical meetings and telephonic conversations between CHS-2 and Story above, was recorded.

26. After finishing lunch, CHS-2, "Ricky" and Story exited the restaurant and walked to Story's pick-up truck. Story opened his truck's tail gate and pulled out a hard case which contained his AK-47. Story opened the case to show "Ricky" the weapon. Story then walked his AK-47 inside its case to CHS-2's vehicle. After several attempts to place the large case in the trunk failed, Story put the case in the back seat. Story then handed "Ricky" $125.00. "Ricky" stated that he agreed to modify the weapon for $100.00. Story insisted that "Ricky" take the extra money. It was explained to Story that "Ricky" would be out of town for work for approximately one week. When he got back from his trip the modification would take about another week. "Ricky" stated that he should have the modifications completed and the weapon returned to Story by May 30, 2012. After a hand shake all parties exited the meeting.

27. After the meeting, the case agent met with the CHS-2 and "Ricky" and took possession of the AK-47, $125.00 and two loaded magazines with .223/762 ammunition that had been handed to CHS-2 and "Ricky" in the parking lot. The case agent then placed these items into evidence at the FBI location in Manassas, Virginia.

28. On May 10, 2012, the AK-47 and two loaded magazines with .223/762 ammunition were taken to the FBI Defense Systems Unit in Quantico, Virginia, where the AK-47 has been modified to select fire adding fully automatic fire to Story's AK-47.

29. ATF has confirmed to your affiant that Douglas Story is not registered in the National Firearms Registration and Transfer Record to possess a firearm which can automatically shoot more than one shot with a single function of the trigger.

30. On the afternoon of May 30, 2012, the FBI together with local law enforcement authorities delivered the illegally modified AK-47 to Douglas Howard Story in the parking lot of a restaurant in the Bull Run Shopping Plaza in Manassas, Virginia, within the Eastern District of Virginia. After being shown the aforementioned modified AK-47 and having its functions explained by "Ricky," the undercover officer, Story took possession of the illegally modified AK-47 with automatic fire and turned away from "Ricky" and CHS-2 with the illegally modified AK-47 in his right hand. While walking across the parking lot with his AK-47, Story was stopped and placed under custodial arrest in the Eastern District of Virginia.

31. This affidavit is submitted in support of a criminal complaint for Douglas Howard Story for possessing a machine gun which shoots and is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger in violation of 26 U.S.C. § 5861, as further defined in 26 U.S.C. § 5845 (a) and (b).

David C. Wiegand
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 30th day of May, 2012 in Alexandria, Va.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa C. Buchanan
United States Magistrate Judge