Dear Judge Hilton,

Doug Story writing you again, and I don't know if you've decided to vacate my conviction or not (or even if it's within your power to vacate).

But despite what you've heard about various companies *saying* they'll hire felons, once a company is informed about my firearms conviction (even though my felony wasn't violent), and that and I have no previous arrests at all (violent or otherwise), the "open door" to hiring me as a felon is suddenly slammed shut (all because of my Patriotic desire to protect and defend my Country, my State, my town, and my neighborhood), and because I couldn't afford to hire a competent attorney (legal proceedings against Gretchen Taylor and her incompetence are soon to be initiated).

I've been able to secure a job with a small construction services company in May of 2013, but their hours are severely limited (from 20 May 2013 to current date – 08/07/2014, I've had *maybe* 5 or 6 weeks that have given me 40 hours; that's 5 or 6 weeks out of 418 weeks), and the *only* reason my wife and I are able to live as comfortably as we do is because of her SSI and the workman's comp disability payout I'm getting for my VDOT injury, but that payment ended as of 3 February 2014.

I'm even able to use the Manassas Branch of the Virginia Department of Rehabilitative Services to help me find a job (because of my numerous pre-existing medical conditions from my at fault MVA mentioned in my previous letter), but because of this felony, their hands are tied. Fairfax O.A.R. is trying to help too, but because I'm not a typical felon (I'm intelligent, I can write coherent letters, cover letters and resumes, I'm not a recidivist, and my job history is stable). Combine all this with the physical damage I sustained from my accident in 1985 and their resources are extremely limited (my

injuries prevent me from standing for long periods – which is why I'm a Commercial Truck Driver).

Regarding recidivism, from the time I became legal at the age of 18 to my arrest at 48, I have no criminal history and no criminal past at all, so for 30 years, I toed the line and was a 'good boy'.

This "lapse in judgment" I had in May of 2012 was a direct result of paranoia I was exposed to on the Internet, my own lack of good judgment (which is a side effect of my head injury from 1985, the sites I visited are also linked to that head injury), too much time on my hands (from being off work due to my on-the-job injury while I was with VDOT), and FBI entrapment (granted, I was complicit in my own entrapment because of my own gullibility), but my conviction is ruining our lives (my wife and mine).

After I got out of prison, I added to my Commercial Driving Licensure (I've been a professional truck driver with a Class B CDL since 1995) by attending Shipper's Choice truck driving school to get my Class A Tractor Trailer License, thinking that as an Over-the-Road Trucker, my employment options would be more readily available.

But all Over-the-Road trucking companies I've spoken with won't hire a felon unless the felony conviction is at least 7 years old (even the ones that *say* they're felon friendly), and local companies have a similar position.

I'm now 51 and have my Class A CDL. But because of my two-year-old lapse in judgment (two years as of 31 May 2014), no one will hire me.

I could buy a rig of my own and go over the road as an Independent, but no bank will finance a felon with a firearms conviction and I really can't go to the Small Business Administration for a loan to buy a truck, because an independent trucker isn't

really a small business, even if I Incorporate.

I know all this – my conviction, my pre-existing medical conditions, banks and the SBA not wanting to make loans to a felon isn't your problem.

I'm just asking you as a fellow Patriot, as a man, and as a husband; to help me be the provider my wife married and vacate my conviction, please.

I not only need this conviction vacated to aid me in securing gainful employment, but also so I can defend my Country, my town, and my neighborhood from current illegal invaders, because the Obama administration isn't doing anything to help the United States.

Please your Honour, don't leave me unarmed and unable to defend my wife, myself, and my community from any impending UN invasion, please vacate my entrapment conviction.

Please help me Your Honour, I'm begging you.


Sincerely,


Douglas Story



PS, if you can't vacate my conviction, it would be appreciated if you could suspend the Remaining supervision time I have, I've been on supervision for more than a year and have had no problems (the supervision is a waste of Mr. Raymond's time and removing me would allow him to focus on the parolees that actually need supervision).


RECEIVED MAILROOM
AUG 2 2 2014
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Douglas Story
170 Market Street apt. 334
Manassas Park, VA 20111



The Honourable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
6th floor
Alexandria, VA 22314

22314$5704 C031