IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

United States of America )
)
)
v. ) Criminal No. 1:12-cr-289
)
)
DOUGLAS HOWARD STORY )
)
Defendant. )
)

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Vacate his Sentence, which the Court construes as a Motion to Reconsider the Sentence Imposed. It appearing to the Court that the sentence imposed was correct for the reasons stated, it is hereby

ORDERED that Defendant's Motion to Reconsider the Sentence Imposed is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 12, 2014